# **EXHIBIT 5**

# POLICY ACKNOWLEDGEMENT STATUS REPORT

**CLIENT NAME**
Burns &Wilcox

**CLIENT ID**
kaufmanv

**EMPLOYEE NAME**
Carson, Donald

**EMPLOYEE ID**
100859

**USER ID**
DRCARSONJR

| | |
|---|---|
| TOTAL POLICIES | 3 |
| TOTAL ACKNOWLEDGED POLICIES | 3/3 |
| TOTAL VIEWED POLICIES | 3/3 |
| DATE OF REPORT | 10/21/2019 |
| REPORT TIME | 13:56:58 EDT |
| POLICY REPORT LEVEL | Active |

| POLICY NAME | VERSION | REQUIRED | ACKNOWLEDGED | ACKNOWLEDGE DATE | VIEWED | UPLOADED BY |
|---|---|---|---|---|---|---|
| Burns & Wilcox US IPA Agreement | 11.18 | Yes | Yes | 12/31/2018 | Yes | Burns & Wilcox |
| H.W. Kaufman Group Employee Handbook | v2.1 | Yes | Yes | 03/31/2019 | Yes | Burns & Wilcox |
| H.W. Kaufman Group Social Media Policy | v1 | Yes | Yes | 03/31/2019 | Yes | Burns & Wilcox |

Report Path : Manage Policies -> Policy Acknowledgement Status -> Export To PDF