AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 19-13167
Hon. Bernard A. Friedman

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for *(name of individual and title, if any)* Donald Richard Carson, Sr.
was received by me on *(date)* November 6- 2019

☑ I personally served the summons on the individual at *(place)* 5601 Bridge St #316 Fort Worth Tx 76112 on *(date)* November 8-2019 or 2:37 pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: November 11-2019

Jacqueline E. Tyler
Server's signature

Jacqueline E. Tyler Process Server #1345 4-30-20 exp
Printed name and title

PO B 8155 FW TX 76124
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Burns & Wilcox, Ltd. | ) | |
| *Plaintiff,* | ) | Civil Action No. 19-13167 |
| v. | ) | |
| CRC Insurance Services, Inc. | ) | Hon. Bernard A. Friedman |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   Donald Richard Carson, Sr.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Gerard V. Mantese
   Mantese Honigman, P.C.
   1361 E. Big Beaver Road
   Troy, MI 48083

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*        By:  s/D.Peruski
                                              *Signature of Clerk or Deputy Clerk*



                                              Date of Issuance:  October 28, 2019