UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BURNS & WILCOX, LTD.

Plaintiff(s),

Case No. 19-cv-13167

v.

Judge Bernard A. Friedman

CRC INSURANCE SERVICES, INC., et al.

Magistrate Judge Anthony P. Patti

Defendant(s).
_____/

# STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, CRC INSURANCE SERVICES, INC.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☑    No ☐

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: BB&T Insurance Holdings, Inc.
    Relationship with Named Party: Indirect Parent

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☑    No ☐

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: BB&T Insurance Holdings, Inc.
    Nature of Financial Interest: Indirect Parent

Date: December 2, 2019

/s/ Keefe A. Brooks

31680
Brooks Wilkins Sharkey & Turco PLLC
401 S. Old Woodward
Suite 400
Birmingham, MI 48009
248-971-1800
brooks@bwst-law.com