UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BURNS & WILCOX, LTD.,

      Plaintiff,                                          Civil Action No. 19-CV-13167

vs.                                               HON. BERNARD A. FRIEDMAN

CRC INSURANCE SERVICES INC., et al.,

      Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR
## A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

        On December 3, 2019, this matter came before the Court on plaintiff's motion for a temporary restraining order and preliminary injunction [docket entry 16]. A hearing was held, and oral argument was heard. For the reasons stated on the record,

        IT IS ORDERED that plaintiff's motion for a temporary restraining order and preliminary injunction is denied.

        IT IS FURTHER ORDERED that the parties shall participate in a Rule 16 conference with the Court on January 15, 2020, at 10:30 a.m.

                                      s/Bernard A. Friedman
Dated:  December 5, 2019               Bernard A. Friedman
        Detroit, Michigan             Senior United States District Judge