IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| BURNS & WILCOX, LTD. <br> A Michigan Corporation <br><br> Plaintiff, <br><br> v. <br><br> CRC INSURANCE SERVICES, INC., et al., <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 2:19-cv-13167 <br> Hon. Bernard A. Friedman |

### DEFENDANT DONALD R. CARSON, SR.'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Donald Richard Carson, Sr. ("Carson, Sr." or "Defendant") files this Partial Motion to Dismiss for Failure to State a Claim, requesting dismissal of Plaintiff Burns & Wilcox, Ltd.'s ("Plaintiff") claim for breach of fiduciary duty for failure to state a claim upon which relief can be granted. In support thereof, Defendant shows as follows:

Pursuant to Local Rule 7.1(d), this Motion is accompanied by a single Brief in Support of its Motion to Dismiss for Failure to State a Claim, filed this same day and incorporated herein by reference for all purposes.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Donald R. Carson, Sr. requests that Plaintiff Burns & Wilcox, Ltd. breach of fiduciary duty

claim be dismissed with prejudice, and for such other and further relief to which he is justly entitled.

Respectfully submitted,

/s/ Gregory M. Clift
**GREGORY M. CLIFT**
State Bar No. 00795835
Email: clift@RoggeDunnGroup.com

**ROGGE DUNN GROUP, PC**
500 N. Akard, Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833

**ATTORNEYS FOR DEFENDANT
DONALD RICHARD CARSON, SR.**

## CERTIFICATE OF SERVICE

This is to certify that pursuant to the Rules a true and correct copy of the foregoing instrument has been served on counsel of record for all parties on this __12__ th day of December, 2019.

| | |
|---|---|
| Gerard V. Mantese | ☐ **VIA OVERNIGHT** |
| Douglas L. Toering | ☐ **VIA HAND DELIVERY** |
| Kenneth R. Chadwell | ☐ **VIA FIRST CLASS MAIL** |
| **MANTESE HONIGMAN, P.C.** | ☐ **VIA FAX:** |
| 1361 E. Big Beaver Road | ☐ **VIA EMAIL:** |
| Troy, MI 48083 | ☐ **VIA CERTIFIED MAIL/RRR** |
| | X **VIA ECF:** |

_____
**GREGORY M. CLIFT**

## CERTIFICATE OF CONFERENCE

A conference between attorneys or unrepresented parties and other persons entitled to be heard on the motion in which the movant explained the nature of the motion or request and its legal basis and requested but did not obtain concurrence in the relief sought.

_____
**GREGORY M. CLIFT**