# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

BURNS & WILCOX, LTD.  
a Michigan corporation,

Case No. 19-cv-13167  
Hon. Bernard A. Friedman

        Plaintiff,

v.

CRC INSURANCE SERVICES INC., et al.,

        Defendants.
_____

## JOINT STIPULATION AND ORDER FOR EXTENSION OF RESPONSE DATES

Plaintiff, Burns & Wilcox, LTD. ("Plaintiff" or "Burns & Wilcox."), and all Defendants who have been served with process and/or not voluntarily dismissed by Plaintiff (collectively, "Defendants"), having stipulated to the entry of this Order, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Defendants' response to Plaintiff's First Amended Complaint (to the extent not already filed) is due on or before January 10, 2020.

IT IS HEREBY ORDERED that a response to a current or any new motion to dismiss is due on or before January 31, 2020. Reply briefs in support of motion(s) to dismiss are due on or before February 14, 2020.

IT IS FURTHER ORDERED that the Rule 16 Conference, currently set for January 15, 2020, is adjourned for a date to be set by the Court for the week of February 19, 2020 at 10:30 a.m.

IT IS SO ORDERED.

Dated: January 2, 2020
      Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

/s/*Gerard V. Mantese*
Gerard V. Mantese (P34424)
MANTESE HONIGMAN, P.C.
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200
gmantese@manteselaw.com
dtoering@manteselaw.com
kchadwell@manteselaw.com
*Attorneys for Plaintiff*

/s/*Gregory M. Clift (with consent)*
Gregory M. Clift, Esq.
State Bar No. 00795835
ROGGE DUNN GROUP, PC
500 N. Akard, Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
clift@RoggeDunnGroup.com
*Attorneys for Defendant Donald Richard Carson, Sr.*

/s/*Keefe A. Brooks (with consent)*
Keefe A. Brooks, Esq. (P31680)
BROOKS WILKINS SHARKEY & TURCO PLLC
401 S. Old Woodward, Suite 400
Birmingham, Michigan 48009
(248) 971-1800
brooks@bwst-law.com
*Attorney for Defendant CRC Insurance*

/s/*Martin C. Brook (with consent)*
Martin C. Brook (P55946)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
(248) 593-6400
martin.brook@ogletree.com
*Attorneys for Defendants except Donald Richard Carson, Sr.*

Respectfully submitted,
Dated: December 20, 2019