UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Burns & Wilcox, LTD., A
Michigan Corporation,

                      Plaintiff(s),

v.                                                Case No. 2:19−cv−13167−BAF−APP
                                                Hon. Bernard A. Friedman

CRC INSURANCE SERVICES
INC.,, et al.,

                      Defendant(s),

### NOTICE OF DETERMINATION OF MOTION
### WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion to Dismiss − #54
        Motion to Dismiss − #55
        Motion to Dismiss − #70

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Bernard A. Friedman *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/J. Curry−Williams
                                                            Case Manager

Dated:   January 29, 2020