# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BURNS & WILCOX, LTD., | Case No. 19-CV-13167-SDD-APP |
| Plaintiff, | Hon. Stephanie Dawkins Davis |
| v. | Magistrate Judge Anthony P. Patti |
| CRC INSURANCE SERVICES INC., DONALD RICHARD CARSON, SR., SHEILA A. HAILEY-GRANNAN, DONALD R. CARSON, JR., GREGORY T. WATSON, WILLIAM LEE COLEMAN AMANDA N. RUPPEL, STEVEN PAGE, JOHN B. SUTTON, ANDREW CARSON, SANDARA KREBS, NICHOLAS MCVAY, DRAKE BURGER, LINDSEY DOYLE, BEN ZHOU, COLE EHLINGER, ANTHONY CUGINI, ADAM HENDERSON, PETER ULMER, MATTHEW SWABY, SETH MUCHNICK, AUDRA MICHELE BATES, MARK CARTER, JENNIFER MCRAE, DONNA M. BAKER, and SHERI BOONE, | |
| Defendants. | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES

The Court having reviewed the Stipulation of the parties endorsed hereon through their counsel, and having been advised that the parties have agreed to resolve their differences;

IT IS HEREBY ORDERED that this action shall be, and is hereby, dismissed with prejudice and without costs or attorneys' fees to any party.

IT IS SO ORDERED

Dated: September 2, 2020

s/Stephanie Dawkins Davis
Hon. Stephanie Dawkins Davis
United States District Judge

Jointly submitted and stipulated as to form and content:

**MANTESE HONIGMAN, P.C.**
*Attorneys for Plaintiff*

By: */s/ Gerard V. Mantese*
Gerard V. Mantese (P34424)
gmantese@manteselaw.com
Douglas L. Toering (P34329)
DToering@manteselaw.com
Terry Milne Osgood (P42644)
TOsgood@manteselaw.com
Fatima Bolyea (P80082)
FBolyea@manteselaw.com
1361 E. Big Beaver Road
Troy, Michigan 48083
(248) 457-9200

**KAUFMAN, PAYTON & CHAPA**
*Attorneys for Plaintiff*

By: */s/ Lawrence C. Atorthy w/consent*
Lawrence C. Atorthy (P44751)
Lcatorthy@kaufman.law.com
30833 Northwestern Hwy., Suite 200
Farmington, MI 48334
(248) 626-5000

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC**
*Attorneys for Defendants except Carson, Sr.*

By: */s/ Martin C. Brook w/ consent*
Martin C. Brook (P55946)
martin.brook@ogletree.com
34977 Woodward Ave., Suite 300
Birmingham, MI 48009
(248) 593-6400

**BROOKS WILKINS, SHARKEY & TURCO PLLC**
*Attorneys for Defendant CRC Ins.*

By: */s/ Michael T. Price w/consent*
Keefe A. Brooks (P31680)
brooks@bwst-law.com
Michael T. Price (P57229)
price@bwst-law.com
401 S. Old Woodward, Suite 400
Birmingham, MI 48009
(248) 971-1800

2

**ROGGE DUNN GROUP, PC**
*Attorneys for Defendant Carson, Sr.*

By: */s/Gregory M. Clift w/ consent*
Gregory M. Clift
clift@RoggeDunnGroup.com
500 N. Akard, Suite 1900
Dallas, Texas 75201
(214) 888-5000

3